IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Boards of Trustees, et al. | : |
| Plaintiffs, | : |
| vs. | : Case No. 2:12-CV-798 |
| Titan Excavating, LLC | : Judge Marbley |
| | : Magistrate Judge King |
| Defendant. | : |

### ORDER OVERRULING PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY CERTAIN PERSONS SHOULD NOT BE HELD IN CONTEMPT OF COURT

Upon notice of Plaintiffs' withdrawal of their Motion for Order to Show Cause Why Certain Persons Should Not be Held in Contempt of Court (Doc. #8), it is hereby

ORDERED that Plaintiffs' Motion is hereby OVERRULED as being withdrawn, and the contempt hearing scheduled before Magistrate Judge King on May 24, 2013 at 10:30 a.m. is hereby cancelled.

_____
~~UNITED STATES DISTRICT JUDGE~~

N M KING, USM Jrhe
5/21/2013

APPROVED:

_s/Steven L. Ball_
Steven L. Ball (0007186)
Ball & Tanoury
1010 Old Henderson Road, Suite 1
Columbus, Ohio 43220
614/447-8550
Trial Attorney for Plaintiffs